IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:24-CV-105

TYRONE MOORE dba                    )
MOORE FAMILY TRUCKING,              )
                                    )
        Plaintiff,                  )
    v.                              )        NOTICE OF REMOVAL
                                    )
CHRISTINA PORTER,                   )
                                    )
        Defendant.                  )

Federal Defendant, Christina Porter ("Federal Defendant"), by and through

the United States Attorney for the Eastern District of North Carolina, files this Notice

of Removal of the above-captioned action pursuant to 28 U.S.C. §§ 1446 and 2679,

and hereby states as follows:

    1.      On July 8, 2024, Plaintiff Tyrone Moore d/b/a Moore Family Trucking

("Plaintiff"), initiated a civil action in the Small Claims Division of the District Court

of Pitt County, State of North Carolina, No. 24CVM004031, naming Christina Porter,

a federal employee with the U.S. Department of the Army ("Army"), as the party

defendant. *See* Exhibit 1.

    2.      The gravamen of Plaintiff's civil action appears to concern property

damage to his trailer while freight was being loaded for shipment to Fort Liberty,

North Carolina, and for which he filed a tort claim for damages with the Army on or

about June 13, 2024. *See* Ex. 1 at 2; *see also* Exhibit A attached to Certification,

1

Docket Entry ("D.E.") 2. Federal Defendant Christina Porter is the Army paralegal assigned to investigate Plaintiff's claim.

3.      Removal of this action to federal district court is made pursuant to 28 U.S.C. § 2679(d)(2) because it is a civil action concerning alleged tortious conduct commenced in a state court against a federal employee acting within the course and scope of her federal employment. As the United States Attorney's delegee has certified that Federal Defendant was acting in the course and scope of her federal employment at all relevant times, the United States of America shall be substituted as the sole proper party defendant in this matter. *See* Certification, D.E. 2; 28 U.S.C. § 2679(d)(2); 28 C.F.R. § 15.4(a).

4.      Accordingly, Federal Defendant gives notice that this matter is hereby removed from state court to the United States District Court for the Eastern District of North Carolina and the division embracing Pitt County, North Carolina, pursuant to 28 U.S.C. §§ 1446, 2679, and 113(a).

5.      A copy of this notice will be filed with the Small Claims Division of the District Court for Pitt County and sent to Plaintiff as provided in 28 U.S.C § 1446(d).

WHEREFORE, the Federal Defendant shows that the action now pending in the Small Claims Division of the District Court for Pitt County, North Carolina, is removed to this Court.

2

Respectfully submitted, this 25th day of July, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

By:  */s/ K. Paige O'Hale*
K. PAIGE O'HALE
Assistant United States Attorney
Deputy Chief, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, N.C. 27601
Telephone: (919) 856-4530
E-mail: paige.ohale@usdoj.gov
North Carolina Bar No. 44667

*Counsel for Federal Defendant*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 25th day of July, 2024, served a copy of the

foregoing Notice upon the below-listed party by placing a copy of the same in the U.S.

Mail, addressed as follows:

Tyrone Moore
2036 Cherrytree Lane
Winterville, NC 28590

By:  */s/ K. Paige O'Hale*
K. PAIGE O'HALE
Assistant United States Attorney
Deputy Chief, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, N.C. 27601
Telephone: (919) 856-4530
E-mail: paige.ohale@usdoj.gov
North Carolina Bar No. 44667

*Counsel for Federal Defendant*

3