UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TYRONE MOORE, *d/b/a Moore Family Trucking*, ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) ) | **JUDGMENT** 4:24-CV-105-BO-RJ |

**Decision by Court.**
This cause comes before the Court on defendant's motion to dismiss pursuant to Rules 12(b)(l), 12(b)(4), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure. [DE 5].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 5] is GRANTED, and the case is DISMISSED without prejudice.

<u>**This judgment filed and entered on October 17, 2024, and served on:**</u>
Tyrone Moore (via US Mail to 2036 Cherrytree Lane, Winterville, NC 29590)
Katherine Paige O'Hale (via CM/ECF NEF)

October 17, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk